IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO DAWON WOODLEY, )
)
    Plaintiff, )
)
v. ) CASE NOS. CV409-196
)
EUGENE C. BROOKS, IV, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which objections have been filed (Doc. 16). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation.[1] Accordingly, this case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

SO ORDERED this 3rd day of May, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Magistrate Judge included a list of out-of-circuit precedent for the proposition that court-appointed attorneys are not liable to suit under 42 U.S.C. § 1983. The Court adds to that list Pearson v. Myles, 189 Fed. App'x 865 (11th Cir. 2006) (unpublished), the in-circuit precedent standing for the same principle.